UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JONATAN SOCORRO-PROSPERO,<br><br>         Plaintiff,<br><br>-against-<br><br>M. BOOTH AND ASSOCIATES et al.,<br><br>         Defendants. | 23-cv-11319 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  On or before June 30, 2025, the parties are ordered to meet and confer to discuss whether they would be amenable to the Court holding a settlement conference in an attempt to help the parties facilitate a resolution of this matter. This conference would involve *ex parte* discussions with each side. If either side objects to the Court holding such a conference, then **without informing the Court which side objects**, the parties should jointly inform the Court that no conference is requested. Otherwise, the parties should provide the Court with three dates and times in July when the parties and their clients will be available for such a conference. The parties' joint letter should be submitted to the Court by July 7, 2025.

  SO ORDERED.

Dated: June 25, 2025
    New York, New York

                       ARUN SUBRAMANIAN
                       United States District Judge