UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
JONATAN SOCORRO-PROSPERO,            Case No. 23-cv-11319 (AS)

                Plaintiff,            **[Proposed] JUDGMENT**

   -against-

M. BOOTH & ASSOCIATES, et al.,

                Defendants.
-------------------------------------------------------x

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Opinion and Order dated September 22, 2025 (ECF No. 70), the Court grants Defendants' Motion for Summary Judgment dated January 9, 2025 (ECF No. 46) as to all of Plaintiff's federal claims, thereby dismissing them with prejudice, and dismissing Plaintiff's state- and city-law claims without prejudice.

Dated: October 15, 2025

_____
Hon. Arun Subramanian